1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

GUTAMA JOTE DINKA,

              Defendant.

NO. CR06-26-RSL

SUMMARY REPORT OF
U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

       An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 22, 2012.  The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Ronald Ness.

       The defendant had been charged and convicted of Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846.  On or about March 30, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 70 months in custody, to be followed by 5 years of supervised release.

       The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health program, financial disclosure, search and gang association prohibition.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   In a Petition for Warrant or Summons, dated July 12, 2012, U.S. Probation Officer

2   Brian K. Facklam asserted the following violations by defendant of the conditions of his

3   supervised release:

4       1.    Committing the criminal offense of assault on or about December 4, 2011,
    in violation of the general condition of supervision that he not commit
5   another federal, state, or local crime.

6       2.    Committing the criminal offense of disorderly conduct on or about
7   December 4, 2011, in violation of the general condition of supervision that
    he not commit another federal, state, or local crime.

8   On August 7, 2012, defendant made his initial appearance.  The defendant was advised

9   the allegations and advised of his rights.  On August 22, 2012, this matter came before the

10  Court for an evidentiary hearing.  Defendant admitted to violations 1 and 2.

11  I therefore recommend that the Court find the defendant to have violated the terms and

12  conditions of his supervised release as to violations 1 and 2, and that the Court conduct a

13  hearing limited to disposition.  A disposition hearing on this violation has been set before the

14  Honorable Robert S. Lasnik on August 30, 2012, at 9:00 a.m.

15  Pending a final determination by the Court, the defendant has been released, subject to

16  supervision.

17  DATED this 22nd day of August, 2012.

18

19  _James P. Donohue_

20  JAMES P. DONOHUE
    United States Magistrate Judge

21

22  cc:   District Judge:     Honorable Robert S. Lasnik
23       AUSA:          Andrew Friedman
         Defendant's attorney:  Ronald Ness
24       Probation officer:    Brian K. Facklam

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2